1 JAMES S. THOMSON
California SBN 79658
2 Attorney and Counselor at Law
732 Addison Street, Suite A
3 Berkeley, California 94710
Telephone: (510) 525-9123
4 Facsimile: (510) 525-9124
james@ycbtal.net
5
Attorney for Defendant
6 JAMES HINKLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES HINKLE, et al., <br><br> Defendants. | **Case No. 4:16-cr-00382-HSG** <br><br> **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE SENTENCING** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

THE PARTIES HEREBY STIPULATE AND AGREE to continue sentencing hearing, presently set for July 2, 2018, be continued to August 20, 2018.

Due to Probation Officer Jessica Goldsberry being out of the office for a period of time, she is unable to prepare the draft report by the current due date. Ms. Goldsberry has no objection to this request. The parties verified with the courtroom deputy that the court is available on that date.

Wherefore, based on the files and records in this case and for the reason presented above, the Parties stipulate and agree a continuance of the sentencing hearing to August 20, 2018 will allow reasonable time necessary for all parties; and that an Order issue excluding time between July 2, 2018 to August 20, 2018, pursuant to 18 U.S.C. section

3161(h)(7)(A) and (B)(iv), where the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO STIPULATED.

Respectfully submitted this 22nd day of May, 2018.

*/s/ James Thomson*

_____
JAMES S. THOMSON
Counsel for JAMES HINKLE

*/s/ Frank Riebli*

_____
FRANK RIEBLI
Assistant United States Attorney

## [PROPOSED] ORDER

Based upon the foregoing Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the sentencing hearing is continued to August 20, 2018.

IT IS SO ORDERED.

Dated: May 23, 2018

_____
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge